UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Sharon Turbeville Barnhill**  Docket No. 7:14-CR-14-2D

### Petition for Action on Probation

COMES NOW Robert L. Thornton, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sharon Turbeville Barnhill, who, upon an earlier plea of guilty to Making Material False Statements, in violation of 18 U.S.C. § 1001, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 13, 2016, to 36 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is ordered to pay $100.00 per month towards the restitution of $28,258.00, joint and several with her husband, Milton Russ Barnhill, who remains in the custody of the Bureau of Prisons. Although the defendant has remained compliant with restitution payments she is struggling financially. A recent cash flow statement completed by the defendant reflects a positive cash flow of $61.00 each month. Therefore, it is respectfully recommended that the defendant's monthly restitution payment be reduced to $35.00.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall pay $35.00 monthly towards the restitution obligation.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing
is true and correct.


/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2047
Executed On: February 14, 2017

### ORDER OF THE COURT

Considered and ordered this __19__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
Chief U.S. District Judge