IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHARON TURBEVILLE BARNHILL, | ) | |
| | ) | |
| Defendant. | ) | |

On January 19, 2017, Sharon Turbeville Barnhill ("Barnhill") moved for early termination of her probation [D.E. 129]. The court has reviewed the motion and the record. The motion [D.E. 129] is DENIED. At the end of the second year of probation, Barnhill's probation officer will advise the court of Barnhill's performance on probation, the status of Barnhill's financial obligations, and whether the probation officer recommends early termination. Barnhill and the United States may then respond to the probation officer's update.

SO ORDERED. This 9 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge